UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIAM ANDERSON, JR.,<br><br>       Defendant. | Case No. 2:24-mj-00564-MDC<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government and the defendant have agreed to terms in a plea agreement. However, the defendant has been unable to arrange for transportation to appear in court on April 2, 2025.

2. The defendant needs additional time to make the necessary arrangements so he may appear before this Court and enter a plea of guilty pursuant to the aforementioned agreement.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the first request for a continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, April 2, 2025, at 9:00 a.m., be vacated and that the defendant's matter be continued to April 16, 2025, at the hour of 9:00 a.m. for entry of a plea.

DATED this  1st  day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE