RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for William Anderson, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM ANDERSON, JR.,

Defendant.

Case No. 2:24-mj-00564-MDC

**STIPULATION TO CONTINUE STATUS CHECK**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Joseph S. Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for William Anderson, Jr., that the Status Conference currently scheduled on October 8, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Anderson has completed his DUI and drug awareness courses. However, he needs additional time to complete payments of his fine.

2. Mr. Anderson is out of custody and agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status check.

DATED this 1st day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Katherine A. Tanaka*
KATHERINE A. TANAKA
Assistant Federal Public Defender

TODD BLANCHE
United States Attorney General

By */s/ Joseph S. Sciscento*
JOSEPH S. SCISCENTO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM ANDERSON, JR.,

Defendant.

Case No. 2:24-mj-00564-MDC

ORDER

IT IS THEREFORE ORDERED that the Status Check currently scheduled on October 8, 2026, at 9:30 a.m., be vacated and continued to Thurs, 11/12/2026 at the hour of 9:30am.

DATED this 2nd day of October, 2026

UNITED STATES MAGISTRATE JUDGE